# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>*Plaintiff,*<br><br>vs.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES; JIMMIE GATES #111207; DAVID CASTILLO #111663; DARREN DIVIAK; BAHMAN ATABAKI #408371; DEPUTY R. BARTON, # 410462; RYAN DEYOUNG #410355; ALFREDO R. CASTRO, #013440; LARRY LINCOLN; MICHAEL O'SHEA; STEVE TILLMANN; RALPH SALAZAR; DEPUTY GILBERT; DEPUTY GUERRERO; and UNIDENTIFIED EMPLOYEES of the COUNTY OF LOS ANGELES AND THE LOS ANGELES SHERIFF'S DEPARTMENT,<br><br>*Defendants.* | Case No.: 2:22-cv-07450-MWF-MAR<br>District Judge: Hon. Michael W. Fitzgerald<br>Magistrate Judge: Margo A. Rocconi<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' REQUEST FOR LEAVE TO EXCEED LOCAL RULE 11-6 "7,000 WORDS" LIMIT ON THE MEMORANDUM OF POINTS AND AUTHORITIES IN DEFENDANTS' SUMMARY JUDGMENT MOTION** |

# ORDER

The Court, having reviewed Defendants' Request for Leave to exceed local rule 11-6 "7,000 words" limit on the Memorandum of Points and Authorities in Defendants' summary judgment motion for all supporting documentation, and for good cause shown, hereby grants the Defendants' Request for leave to exceed Local Rule 11-6 "7,000 words" limit on memorandum of points and authorities in Defendants' summary judgment motion.

IT IS HEREBY ORDERED that Defendants are permitted to exceed Local Rule 11-6 limit on all memoranda of points and authorities set to "7,000 words" and file an oversized Memorandum of Points and Authorities in their summary judgment motion or partial summary judgment motion not to exceed 10,000 words.

IT IS SO ORDERED.

DATED:

**MICHAEL W. FITZGERALD**
**DISTRICT JUDGE**