# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>   *Plaintiff,*<br><br>vs.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES; JIMMIE GATES #111207; DAVID CASTILLO #111663; DARREN DIVIAK; BAHMAN ATABAKI #408371; DEPUTY R. BARTON, # 410462; RYAN DEYOUNG #410355; ALFREDO R. CASTRO, #013440; LARRY LINCOLN; MICHAEL O'SHEA; STEVE TILLMANN; RALPH SALAZAR; DEPUTY GILBERT; DEPUTY GUERRERO; and UNIDENTIFIED EMPLOYEES of the COUNTY OF LOS ANGELES AND THE LOS ANGELES SHERIFF'S DEPARTMENT,<br><br>   *Defendants.* | Case No.: 2:22-cv-07450-MWF-MAR<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR COURT ORDER MODIFYING THE COURT'S JURY TRIAL ORDER (DKT 93)** |

  Before the Court is Defendants' Ex Parte Application (the "Application") for Court Order Modifying the Court's Trial Order (Dkt 93), filed on July 18, 2024. (Docket No. 137). Plaintiff filed an Opposition on July 19, 2024. The Court then held a Status Conference on July 25, 2024.

Having considered the Application, Opposition, and for good cause shown, the Application is **GRANTED**. The Pretrial and Trial Deadlines are modified as follows:

| DEADLINES | Current Date | Proposed Date |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | August 5, 2024 | August 26, 2024 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, Joint Proposed Statement of the Case, Proposed Voir Dire, and Oppositions to Motions in Limine | August 12, 2024 | September 3, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine | August 26, 2024 11:00 a.m. | September 16, 2024 11:00 a.m. |
| Trial Date (est. 10 days) | September 24, 2024 8:30 a.m. | October 1, 2024 8:30 a.m. |

A trial of **ten (10) Court days** or more requires prescreening of a jury panel. No later than **August 12, 2024**, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (*see also* ¶ II(A)(4) of the Order Re Jury Trial). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

IT IS SO ORDERED.

Dated: July 26, 2024

MICHAEL W. FITZGERALD
United States District Judge