# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>　　　　　*Plaintiff,*<br><br>vs.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES; JIMMIE GATES #111207; DAVID CASTILLO #111663; DARREN DIVIAK; BAHMAN ATABAKI #408371; DEPUTY R. BARTON, # 410462; RYAN DEYOUNG #410355; ALFREDO R. CASTRO, #013440; LARRY LINCOLN; MICHAEL O'SHEA; STEVE TILLMANN; RALPH SALAZAR; DEPUTY GILBERT; DEPUTY GUERRERO; and UNIDENTIFIED EMPLOYEES of the COUNTY OF LOS ANGELES AND THE LOS ANGELES SHERIFF'S DEPARTMENT,<br><br>　　　　　*Defendants.* | Case No.: 2:22-cv-07450-MWF-MAR<br><br>[District Judge: Hon. Michael W. Fitzgerald / Magistrate Judge: Margo A. Rocconi]<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

**PLEASE TAKE NOTICE** that the Court having considered the parties' **STIPULATION FOR DISMISSAL, IT IS HEREBY ORDERED** as follows:

- Defendants Michael O'Shea, Bahman Atabaki, Rodney Barton, Steve Tillman, Ryan DeYoung, Ralph Salazar, and unidentified custody deputies Guerrero and Gilbert are DISMISSED from this action with prejudice.

- Each party to bear their own cost.

**IT IS FURTHER ORDERED** _____

Dated: August 2, 2024

_____
THE HONORABLE JUDGE M. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE