**David Owens** (SBN 275030)
**Elizabeth Wang\***, IL Bar: 6287634, CO Bar 45976
**Steven Art\***, IL Bar: 6302319
**Wallace Hilke\***, IL Bar: 6329814
hilke@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902
\*Admitted pro hac vice

**Jan Stiglitz** (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER TORRES,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:22−cv−07450 MWF (MAR)<br><br>Hon. Michael W. Fitzgerald, District Judge<br><br>Magistrate Judge Margo A. Rocconi<br><br>**NOTICE OF PRELIMINARY SETTLEMENT** |

1  TO THE HONORABLE COURT: PLEASE TAKE NOTICE that the parties
2  have reached an agreement in principle to settle Plaintiff's claims, contingent on
3  approval by the Los Angeles County Board of Supervisors. The parties expect to
4  reduce their agreement to writing within 14 days. The parties respectfully request
5  that the trial date and pretrial deadlines be stricken in light of the preliminary
6  settlement.
7  WHEREFORE, the parties respectfully request that the Court strike the trial
8  date and strike all pretrial-related deadlines in light of the parties' preliminary
9  settlement.
10
11                                          Respectfully submitted,
12                                          **ALEXANDER TORRES**
13                                  By:  /s/ Wallace Hilke_____
14                                          *One of Plaintiff's attorneys*
15  Dated: August 22, 2024

16  David Owens (SBN 275030)
17  Elizabeth Wang, IL Bar: 6287634, CO Bar: 45976
    Steven Art, IL Bar: 6302319
18  Wallace Hilke, IL Bar: 6329814
19  hilke@loevy.com
    elizabethw@loevy.com
20  steve@loevy.com
21  david@loevy.com
    Loevy & Loevy
22  311 N. Aberdeen St., 3rd Fl.
23  Chicago, IL 60607
    Phone: (312) 243-5900
24  Fax: (312) 243-5902
25
    Jan Stiglitz (SBN 103815)
26  js@cwsl.edu
27  Law Office of Jan Stiglitz
28

LOEVY & LOEVY
Attorneys at Law

14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

Michael D. Seplow (SBN 150183)
Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

Counsel for Plaintiff

Dated: August 22, 2024     IVIE McNEILL WYATT
                           PURCELL & DIGGS

                  **By:**  /s/ Marina Samson
                           RICKEY IVIE
                           MARINA SAMSON
                           Attorneys for Defendants,
                           COUNTY OF LOS ANGELES and LOS
                           ANGELES COUNTY SHERIFF'S
                           DEPARTMENT

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Wallace Hilke, do hereby attest that all of the signatories listed on this motion, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this motion.

### CERTIFICATE OF SERVICE

I, Wallace Hilke, an attorney, certify that on August 22, 2024, I caused the foregoing document to be served on all counsel of record who have appeared by filing it via the Court's electronic filing system.

1       /s/ Wallace Hilke