**David Owens** (SBN 275030)
**Elizabeth Wang\***, IL Bar: 6287634, CO Bar 45976
**Steven Art\***, IL Bar: 6302319
**Wallace Hilke\***, IL Bar: 6329814
hilke@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902
\*Admitted pro hac vice

**Jan Stiglitz** (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>   Plaintiff,<br><br>v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 2:22−cv−07450 MWF (MARx)<br><br>Hon. Michael W. Fitzgerald, District Judge<br><br>Magistrate Judge Margo A. Rocconi |
| | **Plaintiff's Unopposed *Ex Parte* Motion to Set Settlement Deadline and Appear Telephonically**<br><br>Date:  December 9, 2024<br>Time:  11:30 AM<br>Courtroom:  5A (Hon. Michael W. Fitzgerald) |

- 1 -

**PLAINTIFF'S UNOPPOSED *EX PARTE* MOTION TO SET DEADLINE FOR SETTLEMENT APPROVAL AND APPEAR REMOTELY AT THE DECEMBER 9, 2024 SHOW CAUSE HEARING**

Plaintiff submits this unopposed *ex parte* motion to seek an order requiring Defendant County of Los Angeles to determine whether it will approve the parties' preliminary settlement by January 31, 2025, and to permit Plaintiff to appear remotely at the Court's show cause hearing scheduled for Monday, December 9, 2024.

On August 22, 2024, the parties filed a notice of preliminary settlement [Dkt. 150]. The parties agreed on settlement language and Plaintiff signed settlement paperwork. The Court set an initial show cause hearing for October 7, 2024 [Dkt. 151]. On October 4, 2024, counsel conferred with the Court and Defendants requested a continuance until December 2024. The Court granted that request and set a hearing for December 9, 2024 [Dkt. 152].

Plaintiff has diligently sought updates from Defendants and counsel for Defendants have been responsive and communicative; however, after three-and-a-half months, the County still has no timeline for completion of the settlement approval process. On December 3, 2024, counsel for the parties conferred by phone and discussed seeking an order requiring Defendant County of Los Angeles to complete the settlement approval process by a date certain.

Courts in this District have taken note of delays in the County of Los Angeles's settlement process and ordered the County to move faster, which has helped parties to cut through the red tape. In April 2023, the Honorable Judge Klausner ordered the County to finalize the settlement within less than two months of the notice of settlement. Ex. 1, *Dodson v. County of Los Angeles*, 2:20-cv-04011-RGK-MRW, Dkt. No. 130 (Apr. 17, 2023). In January 2024, the Honorable Judge Kato ordered the County to finalize its determination of whether it would approve of a settlement in principle within three months of its order. Ex. 2, *Klene v. Riggs*, 2:22-cv-08318-KK-JC, Dkt. No. 101 (Jan. 5, 2024). And in September 2024, the Honorable Judge Wu

noted that the time lapsed in deciding on settlement was "excessive" and ordered the parties to resolve the settlement within three months or otherwise set trial. *Gaines v. County of Los Angeles*, 2:22-cv-02801-GW-PVC, Dkt. No. 78 (Sept. 13, 2024) (text-only entry).

Thus, to facilitate the resolution of this matter, Plaintiff respectfully requests the Court order Defendant County of Los Angeles to finalize its decision of whether to approve the parties' preliminary settlement by January 31, 2025, and set a trial date thereafter if the County has not then decided. Plaintiff also requests permission to appear telephonically on December 9, 2024 if the Court calls the case for the scheduled Order to Show Cause hearing.

Respectfully submitted,

**ALEXANDER TORRES**

By: /s/ Wallace Hilke_____

*One of Plaintiff's attorneys*

David Owens (SBN 275030)
Elizabeth Wang, IL Bar: 6287634, CO Bar: 45976
Steven Art, IL Bar: 6302319
Wallace Hilke, IL Bar: 6329814
hilke@loevy.com
elizabethw@loevy.com
steve@loevy.com
david@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

Jan Stiglitz (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

1  Michael D. Seplow (SBN 150183)
2  Paul Hoffman (SBN 71244)
3  mseplow@sshhzlaw.com
   hoffpaul@aol.com
4  Schonbrun Seplow Harris
   Hoffman & Zeldes LLP
5  9415 Culver Boulevard, #115
6  Culver City, CA 90232
7  Phone: (310) 396-0731

8  Counsel for Plaintiff

10 Dated: December 4, 2024

11 **CERTIFICATE OF SERVICE**

13 I, Wallace Hilke, an attorney, certify that on December 4, 2024, I caused the foregoing document to be served by electronic mail on all counsel of record.

                                        /s/ Wallace Hilke