# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-04011-RGK-MRW | Date | April 17, 2023 |
|---|---|---|---|
| Title | *Lauren Dodson v. County of Los Angeles, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Joint Stipulation to Continue Trial [DE 129]**

On April 30, 2020, Laura Dodson ("Plaintiff") sued Rene Diaz, Jorge Oritz, the County of Los Angeles, and DOES 1-10 (collectively, "Defendants"). On March 1, 2023, the Parties filed a Notice of Settlement and Request to Vacate Trial-Related Dates, seeking to vacate the trial date so as to give Defendants time to seek approval from the Los Angeles County Board of Supervisors (the "Board"). (ECF No. 126.) On March 6, 2023, the Court held a pre-trial conference. (ECF No. 128.) At the conference, the Court explained that it would not vacate the trial dates, but it would grant a six-week continuance, setting the trial for April 25, 2023. The Court stressed, and the Parties agreed, that six weeks would be sufficient time to submit the settlement for approval at the Board's next monthly meeting, or in the alternative, to call an emergency meeting. The Court cautioned however, that if the case was not resolved by April 25, 2023, the Parties should be ready to go to trial.

Presently before the Court is the Parties' Joint Stipulation for Order Continuing Trial or Granting Leave to File Conditional Dismissal Without Prejudice. (ECF No. 129.) The Parties explain that they have been unable to submit the settlement for the Board's approval, particularly because it must first wait for a Corrective Action Plan, which the Chief Executive Office has 90 days to complete. Thus, the Parties seek an additional 90-day continuance. The Court is not convinced that yet another continuance is justified, however. The Court was absolutely clear during the pre-trial conference that the Parties had until April 25, 2023 to resolve the case or go to trial. The Parties agreed to that plan. And while the Chief Executive Office has 90 days to complete a Corrective Action Plan, the Parties have offered no suggestion that the Plan *will* or *must* take 90 days to complete, or otherwise cannot be expedited and presented to the Board in an emergency meeting. Should the Parties still be unable to resolve the case, they shall prepare for trial on April 25, 2023, as previously agreed.

///
///
///

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-04011-RGK-MRW | Date | April 17, 2023 |
|---|---|---|---|
| Title | *Lauren Dodson v. County of Los Angeles, et al.* | | |

Accordingly, the Court **DENIES** the Parties' Joint Stipulation.

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | | JRE/sf |