# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN KLENE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>DORAL RIGGS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 2:22-cv-08318 KK (JCx)<br>*Hon. Judge Kenly Kiya Kato*<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO SET A DEADLINE FOR SETTLEMENT APPROVAL AND CONTINUE OTHER DISCOVERY DEADLINES<br><br>**NOTE CHANGES BY COURT** |

　　Having reviewed Plaintiffs' Motion to Set a Deadline for Settlement Approval and Continue Other Discovery Deadlines filed on December 21, 2023, the Court finds good cause for Plaintiffs' requested relief. An agreement on settlement in principle must be finalized by a date certain and within a reasonable period of time. Furthermore, it is in the interests of conserving judicial resources as well as those of the parties to extend all case management deadlines in this matter until the settlement is determined. Therefore, the Court grants Plaintiffs' Motion.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET DEADLINE FOR SETTLEMENT APPROVAL AND CONTINUE OTHER DISCOVERY DEADLINES

1

It is hereby ORDERED that Los Angeles County will determine whether it will approve of the settlement in principle reached by Plaintiffs and Defendants Doral Riggs, Reynold Verdugo, and Frank Merriman on or before three months from the date of the entry of this Order.

DATED: January 5, 2024              UNITED STATES DISTRICT COURT

_____
Hon. Judge Kenly Kiya Kato

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET DEADLINE FOR SETTLEMENT APPROVAL AND CONTINUE OTHER DISCOVERY DEADLINES

2