# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:22−cv−07450 MWF (MARx)<br><br>Hon. Michael W. Fitzgerald, District Judge<br><br>Magistrate Judge Margo A. Rocconi<br><br>**[PROPOSED] ORDER SETTING DEADLINE FOR SETTLEMENT APPROVAL** |

**PLEASE TAKE NOTICE** that the Court having considered Plaintiff's **Unopposed *Ex Parte* Motion to Set Deadline for Settlement Approval and Appear Remotely at the December 9, 2024 Show Cause Hearing** and finding good cause, **IT IS HEREBY ORDERED** as follows:

- Defendant County of Los Angeles will determine whether it will approve of the parties' settlement in principle by January 31, 2025. If the County has not decided by then, the Court will set a trial date.
- Plaintiff is granted permission to appear telephonically for the December 9, 2024 Show Cause Hearing.
- Alternatively, the Show Cause Hearing is continued to February 3, 2025.
- **IT IS FURTHER ORDERED** _____

**Dated:** _____, 2024

_____
**Hon. Michael W. Fitzgerald**
**United States District Judge**

LOEVY & LOEVY
Attorneys at Law