UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-7450-MWF(MARx)**                                Dated: **December 9, 2024**

Title:     Alexander Torres  -v- Los Angeles Sheriffs Department, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Wallace B. Hilke                                               Marina Samson

**PROCEEDINGS:**     <u>**ZOOM**</u> **ORDER TO SHOW CAUSE RE DISMISSAL**

Case called and counsel state their appearances.  The Show Cause Hearing is held.

For reasons stated on the record, the Court continues the hearing on the Order to Show Cause Re Dismissal for March 3, 2025, at 11:30 AM.  If a stipulated dismissal is not filed by that date, a representative for the County of Los Angeles must be in attendance at the hearing.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:07