| | |
|---|---|
| **David Owens** (SBN 275030)<br>**Elizabeth Wang\***, IL Bar: 6287634, CO Bar 45976<br>**Steven Art\***, IL Bar: 6302319<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Fl.<br>Chicago, IL 60607<br>Phone: (312) 243-5900<br>Fax: (312) 243-5902<br>\*Admitted pro hac vice<br><br>**Jan Stiglitz** (SBN 103815)<br>js@cwsl.edu<br>Law Office of Jan Stiglitz<br>14462 Garden Tr.<br>San Diego, CA 92127<br>Phone: (619) 807-5890 | **Michael D. Seplow** (SBN 150183)<br>**Paul Hoffman** (SBN 71244)<br>mseplow@sshhzlaw.com<br>hoffpaul@aol.com<br>Schonbrun Seplow Harris<br>Hoffman & Zeldes LLP<br>9415 Culver Boulevard, #115<br>Culver City, CA 90232<br>Phone: (310) 396-0731<br><br>*Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER TORRES,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:22−cv−07450 MWF (MAR)<br><br>Hon. Michael W. Fitzgerald, District Judge<br><br>Magistrate Judge Margo A. Rocconi<br><br>**PLAINTIFF'S UNOPPOSED REQUEST TO APPEAR REMOTELY**<br><br>Date:  March 3, 2025<br>Time:  11:30 AM<br>Courtroom:  5A |

Counsel for Plaintiff Alexander Torres respectfully requests permission to appear remotely for the hearing on Monday, March 3, 3025 at 11:30 a.m., on the Order to Show Cause re: Dismissal. In support, Plaintiff states:

Counsel for Plaintiff is located in Chicago, Illinois and Boulder, Colorado, and has appeared pro hac vice in this case. No witnesses are expected to testify and the issues that will need to be addressed at the hearing can be adequately addressed through a remote hearing. Furthermore, remote appearance will allow Plaintiff's counsel to reduce expenses for their client and will therefore be efficient in the interests of justice.

Plaintiff has conferred with Defendants, who do not oppose this request.

WHEREFORE, Plaintiff seeks an order from this Court allowing him to remotely participate in the hearing on the Order to Show Cause re: Dismissal set for March 3, 3024.

Respectfully submitted,

**ALEXANDER TORRES**

By: s/ Elizabeth Wang

*One of Plaintiff's attorneys*

Dated: February 27, 2025

Elizabeth Wang, IL Bar: 6287634, CO Bar: 45976
Steven Art, IL Bar: 6302319
elizabethw@loevy.com
steve@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

Jan Stiglitz (SBN 103815)
js@cwsl.edu

Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

Michael D. Seplow (SBN 150183)
Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Elizabeth Wang, an attorney, certify that on February 27, 2025, I caused the foregoing document to be served on all counsel of record who have appeared by filing it via the Court's electronic filing system.

s/ Elizabeth Wang