**David Owens** (SBN 275030)
**Elizabeth Wang\***, IL Bar 6287634, CO Bar 45976
**Steven Art\***, IL Bar 6302319
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902
\*Admitted pro hac vice

**Jan Stiglitz** (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:22−cv−07450 MWF (MAR)<br><br>Hon. Michael W. Fitzgerald, District Judge<br><br>Magistrate Judge Margo A. Rocconi |
| | **PLAINTIFF'S MOTION TO SET SPECIFIC DEADLINES FOR COMPLETION OF SETTLEMENT**<br><br>Date:  June 9, 2025<br>Time:  10:00 AM<br>Courtroom:  5A |

Plaintiff Alexander Torres respectfully moves the Court to set specific deadlines for the completion of the settlement. In support, Plaintiff states:

## ARGUMENT

As the Court is aware, on August 22, 2024, the parties filed a notice of settlement with the Court. Dkt. 150. By mid-September 2024, the parties finalized their settlement in a written agreement.

The settlement is contingent upon obtaining approval by the Los Angeles County Claims Board and Board of Supervisors. The Board of Supervisors requires County departments to undertake certain measures prior to the Board's approval of settlements, and proposed settlements cannot be presented to the Los Angeles County Claims Board or the Board of Supervisors for their consideration until the Board-mandated departmental measures are completed.

Eight months have passed since the parties filed the notice of settlement. Although Defendants' counsel have informed Plaintiff's counsel that one step of the settlement process (completion of a Corrective Action Plan) has been completed, it is unclear whether all of the other steps of the settlement process will be complete by the June 16, 2024 deadline that the Court set. *See* Dkt. 161. It has become clear from counsel's communications that having the Court set interim deadlines would be helpful to getting the Defendants past the finish line on time.

To that end, Plaintiff requests that the Court set the following interim deadlines:

June 2, 2025: Claims Board meeting at which the Corrective Action Plan will be presented for signatures

June 9, 2025: Deadline for signed approval and submission to Board of Supervisors

June 16, 2025: Deadline for Board of Supervisors approval.

It is Plaintiff's counsel's understanding from Defendants' counsel that after the Board of Supervisors approves the settlement, the Comptroller will process the check within 1-2 weeks.

In light of the above, and in light of the rapidly-approaching trial date of July 8, 2025, Plaintiff requests that the Court set the above-proposed deadlines for the settlement approval process to ensure that the settlement is finally completed by June 16, 2025.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 6, and 8, 2025.

WHEREFORE, Plaintiff seeks an order from this Court setting deadlines for completion of the settlement as discussed above.

Respectfully submitted,

**ALEXANDER TORRES**

By: s/ Elizabeth Wang

*One of Plaintiff's attorneys*

Dated: May 9, 2025

Elizabeth Wang, IL Bar: 6287634, CO Bar: 45976
Steven Art, IL Bar: 6302319
elizabethw@loevy.com
steve@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

Jan Stiglitz (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.

San Diego, CA 92127
Phone: (619) 807-5890

Michael D. Seplow (SBN 150183)
Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Elizabeth Wang, an attorney, certify that on May 9, 2025, I caused the foregoing document to be served on all counsel of record who have appeared by filing it via the Court's electronic filing system.

s/ Elizabeth Wang