**David Owens** (SBN 275030)
**Elizabeth Wang\***, IL Bar 6287634, CO Bar 45976
**Steven Art\***, IL Bar 6302319
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902
\*Admitted pro hac vice

**Jan Stiglitz** (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:22−cv−07450 MWF (MAR)<br><br>Hon. Michael W. Fitzgerald, District Judge<br><br>Magistrate Judge Margo A. Rocconi |
| | **STIPULATION OF DISMISSAL** |

Plaintiff Alexander Torres and Defendants County of Los Angeles, Los Angeles Sheriff's Department, Jimmie Gates, David Castillo, Alfredo Castro, Darren Diviak, Bahman Atabaki, Deputy R. Barton, Ryan Deyoung, Larry Lincoln, Michael O'Shea, Steve Tillmann, Ralph Salazar, Deputy Gilbert, and Deputy Guerrero hereby by and through their respective attorneys, hereby respectfully submit this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with all parties to bear their own attorney's fees and costs.

                                        Respectfully submitted,

                                        **ALEXANDER TORRES**

                                   By: /s/ Elizabeth Wang

                                       *One of Plaintiff's attorneys*

Dated: September 9, 2025

Elizabeth Wang, CO Bar: 45976
Steven Art, IL Bar: 6302319
elizabethw@loevy.com
steve@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

Jan Stiglitz (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

Michael D. Seplow (SBN 150183)

Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

Dated: September 9, 2025         By: /s/ Marina Samson
                                     Marina Samson
                                     *Defendants' attorney*

Marina Samson (SBN 315024)
msamson@imwlaw.com
Ivie McNeill Wyatt Purcell & Diggs
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Tel: (213)489-0028/Fax: (213) 489-0552