JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TORRES,<br><br>             Plaintiff,<br><br>     v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>             Defendants. | Case No. CV 22-7450-MWF(MARx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has read and considered the parties' Stipulation of Dismissal. (Docket No. 171). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice, and all parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-